# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY J. HAGERMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-04-911-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered May 17, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner of the Social Security Administration denying Plaintiff Mary J. Hagermann's application for supplemental security income payments is REVERSED and the matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

**IT IS SO ORDERED** this 6th day of June, 2005.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE